1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | LYNN J. HUBBARD; BARBARA J. HUBBARD, | CASE NO. 05-CV-404 – IEG (BLM)

12 | Plaintiffs, | **ORDER GRANTING EX PARTE APPLICATION TO FILE**
13 | vs. | **ABSTRACT OF JUDGMENT UNDER SEAL**

14 | YARDAGE TOWN, INC.; et al., | **[Doc. No. 100]**
15 | Defendants.

16

17      Presently before the court is an ex parte application to file abstracts of judgment under seal by

18 Lynn Hubbard and Barbara Hubbard ("plainitffs"). (Doc. No. 100.)  The court previously granted

19 attorney David Peters's ex parte application to file a superseadas bond under seal due to the privacy

20 interests of his family members.  Plaintiffs now wish to file their abstracts of judgment under seal

21 because the documents also contain the personal information of Mr. Peters's family members.  Upon

22 good cause appearing, the court hereby **GRANTS** plaintiffs' ex parte application. Plaintiffs may file

23 two Abstracts of Judgment under seal.

24      **IT IS SO ORDERED.**

25

26 **DATED:  July 13, 2007**

27 **HON. IRMA E. GONZALEZ, Chief Judge**
United States District Court
28 Southern District of California

- 1 -                                                                                05cv104